E-FILED: 06/15/12

**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erica J Van Emmerik<br><br>                    PLAINTIFF(S)<br>              vs.<br><br>Asset Acceptance LLC et al<br><br><br>                    DEFENDANT(S). | CASE NUMBER<br><br>CV 11-8763-PSG (MRWx)<br><br>**DISMISSAL BY THE COURT<br>FOR FAILURE TO PROSECUTE** |

On March 29, 2012, the Court issued an Order to Show Cause for Lack of Prosecution. A written response to this Order to Show Cause was ordered to be filed no later than April 12, 2012 as to all three defendants.

To date, no written response to the Order to Show Cause has been filed with the Court.

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety.

DATED: __06/15/12_____

_____
Philip S. Gutierrez
U.S. District Judge